# United States Bankruptcy Court
## District of Arizona

In re  **KEITH LANAIRE MCDONALD     YVETTE DENISE MCDONALD**

Debtors

Case No.  **2:12-bk-9069 PHX-GBN**

Chapter  **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 24,595.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 24,595.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,544.00 |
| Average Expenses (from Schedule J, Line 18) | $ 4,594.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,350.84 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 458,005.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 11,800.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 12,795.00 |
| 4. Total from Schedule F | | $ 200,759.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 671,559.00 |

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities

| | | |
|---|---|---|
| Schedule A | - | Real Property |
| Schedule B | - | Personal Property |
| Schedule C | - | Property Claimed as Exempt |
| Schedule D | - | Creditors Holding Secured Claims |
| Schedule E | - | Creditors Holding Unsecured Priority Claims |
| Schedule F | - | Creditors Holding Unsecured Nonpriority Claims |
| Schedule G | - | Executory Contracts and Unexpired Leases |
| Schedule H | - | Codebtors |
| Schedule I | - | Current Income of Individual Debtor(s) |
| Schedule J | - | Current Expenditures of Individual Debtor(s) |

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## United States Bankruptcy Court

## District of Arizona

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**
Debtors

Case No.  **2:12-bk-9069 PHX-GBN**

Chapter  **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      200.000.00 | | |
| B - Personal Property | YES | 4 | $      44.916.51 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $      681.486.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $      24,595.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 27 | | $      200.759.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      5.544.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 3 | | | $      4.594.00 |
| TOTAL | | 48 | $      244,916.51 | $      906,840.00 | |

**B6A (Official Form 6A) (12/07)**

In re: **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**   Case No. <u>**2:12-bk-9069 PHX-GBN**</u>
_____Debtors_____                                                                 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SINGLE-FAMILY HOME LOCATED AT 11016 W AMELIA AVE, AVONDALE AZ 85392 | Fee Owner | C | $ 200,000.00 | $ 575,926.00 |
| | Total ➢ | | $ 200,000.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**,
Debtors

Case No. **2:12-bk-9069 PHX-GBN**
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | CASH IN DEBTORS' POSSESSION FOR EMERGENCIES | C | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA CHECKING ACCT #0881 | C | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WELLS FARGO CHECKING #7746 (MONOPOLY REALTY) (TOOL OF TRADE) | C | 1.51 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WELLS FARGO SAVINGS ACCT #7523 | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 BEDS, 2 CHEST OF DRAWERS, DRESSER | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 KITCHEN TABLES, 8 CHAIRS | C | 40.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | 2 SOFAS, 2 SIDE TABLES, COFFEE TABLE, 2 LIVING ROOM LAMPS | C | 295.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | DRYER | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | DVD PLAYERS | C | 50.00 |

In re __KEITH LANAIRE MCDONALD   YVETTE DENISE__ ,   Case No. __2:12-bk-9069 PHX-GBN__
__MCDONALD__            **Debtors**            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **MICROWAVE STOVE** | C | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **RADIO** | C | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **RADIO ALARM** | C | 10.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **REFRIGERATOR** | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **STOVE** | C | 200.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **TV'S, 2** | C | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **WASHER** | C | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **ART OBJECTS** | C | 90.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS & BIBLE** | C | 5.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **FAMILY PICTURES** | C | 20.00 |
| 6. Wearing apparel. | | **APPAREL** | C | 500.00 |
| 7. Furs and jewelry. | | **WEDDING RINGS** | C | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **PELLET GUNS, 2** | C | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(K) RETIREMENT FUND** | W | 2,900.00 |

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE**
**MCDONALD**                                    **Debtors**

Case No.  **2:12-bk-9069 PHX-GBN**
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% INTEREST IN MONOPOLY REALTY LLC** | **C** | **3,930.00** |
| | | **NOTE:  VALUE IS BASED ON EXPECTED COMMISSIONS. AS OF THE DATE OF FILING, THE DEBTORS EXPECT COMMISSIONS IN THE AMOUNT OF $3,930.00.  ADDITIONAL POSSIBLE COMMISSIONS MAY OCCUR SUBSEQUENT TO THE FILING OF THE PETITION FOR RELIEF IN THE AMOUNT OF $11,285. THOSE COMMISSIONS ARE NOT GUARANTEED AND WILL REQUIRE SUBSEQUENT WORK BY THE DEBTORS.** | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **STATE INCOME TAX REFUNDS.  FEDERAL TAX REFUNDS HAVE BEEN SEIZED BY THE IRS.** | **C** | **558.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **1/13 INTEREST IN WALKER FAMILY TRUST (MINERAL RIGHTS), $250 ANNUALLY DISCOUNTED TO THE PRESENT VALUE** | **W** | **2,686.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.


In re __KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD__,      Case No. __2:12-bk-9069 PHX-GBN__

                                         Debtors                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1986 PORSCHE CONVERSION (SALVAGE)** | **C** | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 LINCOLN NAVIGATOR** | **W** | **8,521.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 MERCEDES CONVERTIBLE** | **H** | **10,000.00** |
| | | **NOTE:  VEHICLE NEEDS EXTENSIVE REPAIRS TO BRING IT TO A MARKETABLE CONDITION. VALUE WAS BASED ON AN APPRAISAL OBTAINED BY THE DEBTORS AND IS AVAILABLE ON REQUEST.** | | |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 SUZUKI MOTORCYCLE** | **H** | **3,930.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 SUZUKI MOTORCYCLE** | **H** | **4,960.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **COMPUTERS, 3 (TOOLS OF TRADE)** | **C** | **500.00** |
| Office equipment, furnishings, and supplies. | | **FAX MACHINE (TOOL OF TRADE)** | **C** | **20.00** |
| Office equipment, furnishings, and supplies. | | **OFFICE EQUIPMENT (TOOLS OF TRADE)** | **C** | **1,500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **SOFTWARE, OFFICE SUPPLIES (TOOLS OF TRADE)** | **C** | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **DOG (PET)** | **C** | **5.00** |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **CELL PHONES, 2** | **C** | **50.00** |

                 __3__ continuation sheets attached           Total   >   **$  44,916.51**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)


Case 2:12-bk-09069-GBN    Doc 3    Filed 04/26/12    Entered 04/26/12 14:11:06    Desc
Main Document    Page 8 of 85

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**          Case No.  __2:12-bk-9069 PHX-GBN__

_____                    _____
Debtors                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1986 PORSCHE CONVERSION (SALVAGE) | ARS § 33-1125(8) | 5,000.00 | 2,000.00 |
| 2 BEDS, 2 CHEST OF DRAWERS, DRESSER | ARS § 33-1123 | 200.00 | 200.00 |
| 2 KITCHEN TABLES, 8 CHAIRS | ARS § 33-1123 | 40.00 | 40.00 |
| 2 SOFAS, 2 SIDE TABLES, COFFEE TABLE, 2 LIVING ROOM LAMPS | ARS § 33-1123 | 295.00 | 295.00 |
| 2005 SUZUKI MOTORCYCLE | ARS § 33-1125(8) | 5,000.00 | 3,930.00 |
| 401(K) RETIREMENT FUND | ARS § 33-1126(B) | 2,900.00 | 2,900.00 |
| APPAREL | ARS § 33-1125(1) | 500.00 | 500.00 |
| BANK OF AMERICA CHECKING ACCT #0881 | ARS § 33-1126(A)(9) | 150.00 | 0.00 |
| BOOKS & BIBLE | ARS § 33-1125(5) | 5.00 | 5.00 |
| CELL PHONES, 2 | ARS § 33-1123 | 50.00 | 50.00 |
| COMPUTERS, 3 (TOOLS OF TRADE) | ARS § 33-1130(1) | 500.00 | 500.00 |
| DOG (PET) | ARS § 33-1125(3) | 5.00 | 5.00 |
| DRYER | ARS § 33-1123 | 50.00 | 50.00 |
| FAX MACHINE (TOOL OF TRADE) | ARS § 33-1130(1) | 20.00 | 20.00 |
| MICROWAVE STOVE | ARS § 33-1123 | 75.00 | 75.00 |
| OFFICE EQUIPMENT (TOOLS OF TRADE) | ARS § 33-1130(1) | 1,500.00 | 1,500.00 |
| PELLET GUNS, 2 | ARS § 33-1125(7) | 100.00 | 100.00 |
| RADIO ALARM | ARS § 33-1123 | 10.00 | 10.00 |
| REFRIGERATOR | ARS § 33-1123 | 200.00 | 200.00 |
| SINGLE-FAMILY HOME LOCATED AT 11016 W AMELIA AVE, AVONDALE AZ 85392 | ARS § 33-1101 | 150,000.00 | 200,000.00 |

In re    **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**      Case No.    <u>**2:12-bk-9069 PHX-GBN**</u>

                       Debtors                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **SOFTWARE, OFFICE SUPPLIES (TOOLS OF TRADE)** | **ARS § 33-1130(1)** | **500.00** | **500.00** |
| **STOVE** | **ARS § 33-1123** | **200.00** | **200.00** |
| **TV'S, 2** | **ARS § 33-1123** | **150.00** | **150.00** |
| **WASHER** | **ARS § 33-1123** | **300.00** | **300.00** |
| **WEDDING RINGS** | **ARS § 33-1125(4)** | **500.00** | **500.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**

Debtors

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  71221302<br><br>**AZ FEDERAL CU**<br>**POB 60070**<br>**PHOENIX AZ 85082** | | H | **PMSI**<br>**2004 MERCEDES CONVERTIBLE**<br>―――――――――――<br>**VALUE $10,000.00** | | | | 51,335.00 | 41,335.00 |

3     continuation sheets attached

Subtotal  ➤
(Total of this page)

| $ | 51,335.00 | $ | 41,335.00 |
|---|---|---|---|

Total  ➤
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**     Case No.    **2:12-bk-9069 PHX-GBN**

                                    **Debtors**                                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  113136472 | | C | **Second Lien on Residence SINGLE-FAMILY HOME LOCATED AT 11016 W AMELIA AVE, AVONDALE AZ 85392** | | | | 103,866.00 | 103,866.00 |
| **BANK OF AMERICA POB 5170 SIMI VALLEY CA 93062-5170** **BANK OF AMERICA 450 AMERICAN ST SIMI VALLEY CA 93065** **BANK OF AMERICA NA POB 515503 LOS ANGELES CA 90051-6803** | | | **VALUE $200,000.00** | | | | | |
| ACCOUNT NO.  8104676 | | W | **PMSI 2004 LINCOLN NAVIGATOR** | | | | 41,551.00 | 33,030.00 |
| **CAPITAL ONE AUTO 3905 N DALLAS PKWY MONTEREY PARK CA 91754** **CAPITAL ONE AUTO POB 93016 LONG BEACH CA 90809** | | | **VALUE $8,521.00** | | | | | |

Sheet no. 1 of 3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $    145,417.00 | $    136,896.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**

                                    **Debtors**                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  GAR04-045 | | C | **Statutory Lien** **ASSOCIATION FEE FOR SINGLE-FAMILY HOME LOCATED AT 11016 W AMELIA AVE, AVONDALE AZ 85392** | | | | 4,958.00 | 4,958.00 |
| **GARDEN LAKES COMMUNITY ASSOC C/O VISION COMMUN ITY MGMT 9633 S 48 ST #150 PHOENIX AZ 85044** **VISION COMMUN ITY MGMT 9633 S 48 ST #150 PHOENIX AZ 85044** **TRAVIS LAW FIRM 10201 S 51 ST #A-270 PHOENIX AZ 85044** **GARDEN LAKES COMMUNITY ASSOC C/O VISION COMMUN ITY MGMT POB 60516 PHOENIX AZ 85082-0516** | | | **VALUE $200,000.00** | | | | | |
| ACCOUNT NO.  00317232 | | W | **PMSI** **2008 SUZUKI MOTORCYCLE** | | | | 12,674.00 | 7,714.00 |
| **GE MONEY BANK 901 MAIN AVE NORWALK CT 06851** | | | **VALUE $4,960.00** | | | | | |

Sheet no.  2 of  3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $    17,632.00 | $    12,672.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**      Case No.   **2:12-bk-9069 PHX-GBN**

                                      **Debtors**                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **100534543 / 13532 / 11313** <br><br>**SPECIALIZED LOAN SERVICING , LLC** <br>**8742 LUCENT BLVD #300** <br>**HIGHLANDS RANCH, CO 80129** <br><br><br>**SPECIALIZED LOAN SVCG LLC** <br>**8742 LUCENT BLVD #300** <br>**HIGHLAND RANCH CO 80219** <br><br>**BANK OF NY MELLON** <br>**C/O BAC HOME LOAN SVCG** <br>**7105 CORPORATE DR** <br>**MAIL STOP PTX 209** <br>**PLANO TX 75024** <br><br>**BAC HOME LOANS / COUNTRYWIDE** <br>**450 AMERICAN ST** <br>**SIMI VALLEY CA 93065-6285** <br><br>**BANK OF AMERICA / BAC LOANS** <br>**POB 5170** <br>**SIMI VALLEY CA 93062** <br><br>**TIFFANY & BOSCO PA** <br>**2525 E CAMELBACK RD #300** <br>**PHOENIX AZ 85016** | **C** | | **DEED OF TRUST & PN SINGLE-FAMILY HOME LOCATED AT 11016 W AMELIA AVE, AVONDALE AZ 85392** <br><br>**VALUE $200,000.00** | | | | 467,102.00 | 267,102.00 |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤ <br>(Total of this page)

Total  ➤ <br>(Use only on last page)

| | |
|---|---|
| $    **467,102.00** | $   **267,102.00** |
| $   **681,486.00** | $   **458,005.00** |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**                        Case No.    **2:12-bk-9069 PHX-GBN**
_____    _____
                                    Debtors                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**                Case No.   <u>**2:12-bk-9069 PHX-GBN**</u>
Debtors
(If known)

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re    **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**,

                                 Debtors

Case No.    <u>**2:12-bk-9069 PHX-GBN**</u>
                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:   Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **523151397** <br> **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS POB 7346 PHILADELPHIA PA 19101-7346** | | C | **2005-2006 FEDERAL INCOME TAXES** | | | | 24,595.00 | 11,800.00 | $12,795.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $   **24,595.00** | $   **11,800.00** | $   **12,795.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **24,595.00** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $   **11,800.00** | $   **12,795.00** |

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**         Case No.  **2:12-bk-9069 PHX-GBN**

                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **189057534** | | C | | | | | **925.00** |
| **ADT**<br>**14200 E EXPOSITION AVE**<br>**AURORA CO 80012** | | | **OFFICE SECURITY SYSTEM AND EARLY TERMINATION FEE** | | | | |
| ACCOUNT NO.  **CV2009-012769** | | H | | | | | **51,335.00** |
| **ARIZONA FCU**<br>**POB 60070**<br>**PHOENIX AZ 85082**<br><br>**MARK A KIRKORSKY PC**<br>**4025 S MCCLINTOCK DR #208**<br>**TEMPE AZ 85282** | | | **JUDGMENT (FOR DEFICIENCY BALANCE FOR REPOSSESSED 2004 MERCEDES SL 500 ROADSTER)** | | | | |

<u>25</u>   Continuation sheets attached

Subtotal  ➤ $            **52,260.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**     Case No.  **2:12-bk-9069 PHX-GBN**
                            **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | C | | X | | | N/A |
| **ARROWHEAD HARLEY DAVIDSON 16130 N ARROWHEAD FNTN CTR DR PEORIA AZ 85382** | | | **POSSIBLE CLAIM AS FORMER HOLDER OF PMSI ON 2000 HARLEY FLHX REPOSSESSED 11/2008 AND 2008 HARLEY REPOSSESSED 1/2012** | | | | |
| ACCOUNT NO.  **4564190008673377** | | C | | | | | **2,200.00** |
| **ASPIRE VISA/MC POB 105555 ATLANTA GA 30348-5555** **CB&T AKA COLUMBUS BANK & TRUST 1148 BROADWAY COLUMBUS GA 31901** **ASPIRE VISA/MC 246 PERIMETER CTR PKWY ATLANTA GA 30346** | | | **CHARGE CARD** | | | | |
| ACCOUNT NO. | | C | | | | | **84.00** |
| **BACK TO LIFE 7120 HAYVENHURST AVE #111 VAN NUYS CA 91406** **ALLIED 7120 HAYVENHURST AVE #111 VAN NUYS CA 91406** | | | **HOME MEDICAL EQUIPMENT (RETURNED TO SELLER APPROXIMATELY 9/2009)** | | | | |
| ACCOUNT NO.  **MCDONALD** | | C | | | | | **1,025.00** |
| **BANNER ESTRELLA MEDICAL CTR 9201 W THOMAS RD PHOENIX AZ 85037** | | | **MEDICAL SERVICES** | | | | |

       <u>25</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal  ➢  $        **3,309.00**

                                                                  Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **26933432** <br><br>**BANNER HEALTH POB 18 PHOENIX AZ 85001** | | C | **MEDICAL SERVICES** | | | | **549.00** |
| ACCOUNT NO.   **514021800417** <br><br>**BARCLAYS BANK DE POB 8803 WILMINGTON DE 19899-8803** | | W | **POSSIBLE CLAIM** | | X | | **N/A** |
| ACCOUNT NO.   **CV2008-05394** <br><br>**BUCHALTER NEMER 16435 N SCOTTSDALE RD #440 SCOTTSDALE AZ 85254-1754** | | H | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY SYSTEMS & SVCS TECHNOLOGIES INC** | | X | | **N/A** |
| ACCOUNT NO.   **5458001537372108 / 1834962** <br><br>**CACH LLC / METRIS C/O LAURENCE A HECKER ATTY 2C S GOLD DR HAMILTON NJ 08691** <br><br>**LAURENCE A HECKER ATTY 2C SOUTH GOLD DR HAMILTON NJ 08691** | | C | **UNKNOWN DEBT** | | | X | **1,088.00** |

<u>25</u>  Continuation sheets attached

Sheet no. _2_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➢ | $ | **1,637.00**

Total    ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**        Case No.  **2:12-bk-9069 PHX-GBN**
                                                                        _____
                                          **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CC2008-281953RC** | | **C** | | | | | **41,001.00** |
| **CAPITAL ONE AUTO FINANCE 3905 DALLAS PKWY PLANO TX 75093-7892** | | | **JUDGMENT (FOR DEFICIENCY BALANCE FOR 2003 MERCEDES SL 55 REPOSSESSED 1/2009)** | | | | |
| **CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL POB 201347 ARLINGTON TX 76006** | | | | | | | |
| **CAPITAL ONE AUTO 5450 E 5 ST TUCSON AZ 85711** | | | | | | | |
| **CAPITAL ONE AUTO FINANCE POB 261930 PLANO TX 75026-1930** | | | | | | | |
| **LIPPMAN LAW GROUP PC 5450 E 5 ST TUCSON AZ 85711** | | | | | | | |
| **LIPPMAN GRIFFETH & ASSOC PC 177 N CHURCH AVE #1010 TUCSON AZ 85701** | | | | | | | |
| **LIPPMAN GRIFFETH & ASSOC PC POB 13928 TUCSON AZ 85732-3928** | | | | | | | |

___25___  Continuation sheets attached

Sheet no. _3_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **41,001.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No. **2:12-bk-9069 PHX-GBN**
                                                    Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **517805725013** | | C | | | | | 1,095.00 |
| **CAPITAL ONE MASTERCARD POB 30281 SLC UT 84130** <br><br> **CAPITAL ONE BANK USA NA AMERICAN INFOSOURCE LP POB 71083 CHARLOTTE NC 28272-1083** | | | **CHARGE CARD** | | | | |
| ACCOUNT NO. **0572550132896 / 201414919** | | H | | | | | 1,096.00 |
| **CAPITAL ONE MC 5450 E 5 ST TUCSON AZ 85711** <br><br> **ALLIANCE ONE RECEIVABLES MGMT POB 3111 SOUTHEASTERN PA 19398-3111** <br> **ALLIANCE ONE POB 510987 LIVONIA MI 48151-6987** | | | **CHARGE CARD** | | | | |
| ACCOUNT NO. **CV2008-055149RC** | | H | | X | | | N/A |
| **CARNAHAN & PERRY PLC 333 E OSBORN RD #315 PHOENIX AZ 85012** | | | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY GARDEN LAKES COMMUNITY ASSOCIATION** | | | | |
| ACCOUNT NO. **418586013973** | | W | | | | | 4,408.00 |
| **CHASE CARD SVCS POB 15298 WILMINGTON DE 19850** | | | **CHARGE CARD** | | | | |

 25   Continuation sheets attached

Sheet no. **4** of **25** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ⮞  $                                    **6,599.00**

Total  ⮞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD**    **YVETTE DENISE MCDONALD**      Case No.    **2:12-bk-9069 PHX-GBN**
                                               Debtors                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CC2008083349RC** | | C | | | | | **10,205.00** |
| **CITIFINANCIAL INC**<br>**800 SW 39 ST**<br>**POB 9004**<br>**RENTON WAS 98057**<br><br>**CITIFINANCIAL**<br>**300 ST PAUL PL**<br>**BALTIMORE MD 21202**<br><br>**CAPITAL MGMT SVCS LP**<br>**726 EXCHANGE ST #700**<br>**BUFFALO NY 14210**<br><br>**CITIFINANCIAL INC**<br>**1573 N DYSART RD #B**<br>**AVONDALE AZ 85323**<br><br>**SEIDBERG LAW OFFICES PC**<br>**POB 7290**<br>**PHOENIX AZ 85011** | | | **JUDGMENT (FOR PERSONAL LOAN)** | | | | |
| ACCOUNT NO.   **75-17773** | | C | | X | | X | **N/A** |
| **COPPER STATE COMMUNICATIONS**<br>**2820 N 36 AVE**<br>**PHOENIX AZ 85009**<br><br><br>**MARTINI, HUGHES & GROSSMAN**<br>**1040 S FEDERAL HWY #100**<br>**DELRAY BEACH FL 33483** | | | **PHONE SYSTEM AND POSSIBLE EARLY TERMINATION FEE** | | | | |

      <u>25</u>  Continuation sheets attached

Sheet no. <u>5</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                             Subtotal  ➤  $          **10,205.00**

                                             Total  ➤  $

                        **(Use only on last page of the completed Schedule F.)**
             **(Report also on Summary of Schedules and, if applicable on the Statistical**
                  **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**            Case No.  **2:12-bk-9069 PHX-GBN**
                                     Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4447961125292710** | | C | | | X | | N/A |
| **CREDIT ONE BANK**<br>**POB 98873**<br>**LAS VEGAS NV 89193-8873**<br><br>**FIRST NATL BANK OF MARIN**<br>**POB 98872**<br>**LAS VEGAS NV 89193**<br><br>**NELSON, WATSON & ASSOC**<br>**LVNV FUNDING LLC**<br>**80 MERRIMACK ST LWR LVL**<br>**HAVERHILL MA 01830**<br><br>**LVNV FUNDING LLC**<br>**RESURGENT CAPITAL SVCS**<br>**POB 10587**<br>**GREENVILLE SC 29603-0587** | | | **POSSIBLE CLAIM FOR CHARGE CARD DEBT ASSIGNED TO LVNV FUNDING LLC** | | | | |
| ACCOUNT NO.  **204834** | | | | | X | | 0.00 |
| **DESERT SCHOOLS FCU**<br>**POB 2945**<br>**PHOENIX AZ 85062-2945** | | | **POSSIBLE CLAIM** | | | | |
| ACCOUNT NO.  **36255-2, 36255-1** | | C | | | | | 92.00 |
| **DESERT VALLEY PEDIATRICS**<br>**4137 N 108 AVE**<br>**PHOENIX AZ 85037** | | | **MEDICAL SERVICES** | | | | |

<u>25</u>   Continuation sheets attached

Sheet no.  <u>6</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $              **92.00**

Total  ▸  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0100655752** | | H | | X | | | N/A |
| **DEUTSCHE BANK NATL TRUST CO C/O CITI RESIDENTIAL LENDING INC POB 11000 SANTA ANA CA 92711**<br><br>**CR TITLE SVCS INC POB 1500 RNACHO CUCAMONGA CA 91729-1500**<br><br>**OCWEN FEDERAL BANK FSB 1665 PALM BEACH LAKES BLVD W PALM BEACH FL 33401** | | | **POSSIBLE CLAIM FOR DEFICIENCY BALANCE FOR FORECLOSED PROPERTY LOCATED AT 11037 W CRIMSON LN, AVONDALE AZ 85323** | | | | |
| NOTE:  **INCLUDED HEREIN FOR INFORMATIONAL PURPOSES ONLY AS NO DEFICIENCY BALANCE IS ALLOWED UNDER ARIZONA LAW.** | | | | | | | |

25   Continuation sheets attached

Sheet no. _7_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                0.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
Debtors                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6011380006429096** | | C | | | | | **3,192.00** |
| **DIRECT MERCHANTS BANK / HSBC POB 5251 CAROL STREAM IL 60197** | | | **CHARGE CARD** | | | | |
| **ORCHARD BANK / HSBC POB 680084 CITY OF INDUSTRY CA 91716** | | | | | | | |
| **HSBC BANK POB 5251 CAROL STREAM IL 60197-9642** | | | | | | | |
| **PRA RECEIVABLES MGMT LLC POB 12914 NORFOLK VA 23541** | | | | | | | |
| **HSBC POB 60136 CITY OF INDUSTRY CA 91716** | | | | | | | |
| **PAYMENT CENTER POB 60136 CITY OF INDUSTRY CA 91716-0136** | | | | | | | |
| ACCOUNT NO.    **0520441656000** | | C | | X | | X | **N/A** |
| **FIRST DATA GLOBAL LEASING POB 173845 DENVER CO 80217** | | | **CHARGE CARD PROCESSING MACHINE (SURRENDERED APPORXIMATELY 9/2009)** | | | | |
| **FIRST DATA / MERCHANT SVCS 4000 CORAL RIDGE DR CORAL SPRINGS FL 33065-7614** | | | | | | | |
| **RSOURCE 6001 BROKEN SOUND PKWY NW #620 BOCA RATON FL 33487** | | | | | | | |

<u>25</u>   Continuation sheets attached

Sheet no. <u>8</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **3,192.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**
                                          **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **623118707229** | | **C** | | | | | **3,977.00** |
| **FUNANCING / PENTAGROUP**<br>**35 A RUST LN**<br>**BOERNE TX 78006** | | | **UNSECURED CASH LOAN** | | | | |
| ACCOUNT NO.  **CC2008-244221KC / CC2008-0** | | **H** | | | | | **2,120.00** |
| **GARDEN LAKES MANOR HOA**<br>**10201 S 51 ST #A-270**<br>**PHOENIX AZ 85044**<br><br>**TRAVIS LAW FIRM PLC**<br>**10621 S 51 ST #103**<br>**PHOENIX AZ 85044**<br><br>**CARNAHAN & PERRY PLC**<br>**333 E OSBORN RD #315**<br>**PHOENIX AZ 85012**<br><br>**TRAVIS LAW FIRM PLC**<br>**10201 S 51 ST #A-270**<br>**PHOENIX AZ 85044** | | | **JUDGMENT FOR ASSOCIATION FEES** | | | | |

<u>25</u>   Continuation sheets attached

Sheet no.  <u>9</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **6,097.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD     YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**
_____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CV2008-024867** | | **C** | | | | | **12,549.00** |
| **GE MONEY BANK / BOMBARDIER POB 981439 EL PASO TX 79998-1439** | | | **JUDGMENT (DEFICIENCY BALANCE FOR REPOSSESSED 2008 SUZUKI MOTORCYCLE)** | | | | |
| **ZWICKER & ASSOC 80 MINUTEMAN RD ANDVER MA 01810** | | | | | | | |
| **WATERFALL, ECONOMIDIS, CALDWELL 5210 E WILLIAMS CIR TUCSON AZ 85711** | | | | | | | |
| **GECRB / BOMBARDIER C/O POB 965036 ORLANDO FL 32896** | | | | | | | |
| **GE MONEY BANK 332 MINNESOTA ST #610 ST PAUL MN 55101** | | | | | | | |
| **GE MONEY BANK POB 981127 EL PASO TX 79998-1127** | | | | | | | |
| **GE MONEY BANK POB 960061 ORIANDO FL 32896-0061** | | | | | | | |

<u>25</u>   Continuation sheets attached

Sheet no. <u>10</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                          **12,549.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**        Case No. **2:12-bk-9069 PHX-GBN**
                          Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6032203491584578** | | **C** | | | | | **593.00** |
| **GEMB / WAL-MART / GE CAPITAL** POB 981400 EL PASO TX 79998 | | | CHARGE CARD | | | | |
| **ALLIED INTERSTATE INC** 3000 CORPORATE EXCHANGE DR 5TH FLR COLUMBUS OH 43231 | | | | | | | |
| **JC CHRISTIANSEN INC** POB 519 SAUK RAPIDS MN 56379 | | | | | | | |
| **GECRB / WAL-MART** POB 981400 EL PASO TX 79998 | | | | | | | |
| **LEADING EDGE RECOVERY SOLUTIONS** 5440 N CUMBERLAND AVE #300 CHICAGO IL 60656-1490 | | | | | | | |
| **LEADING EDGE RECOVERY SOLUTIONS** POB 129 LINDEN MI 48451-0129 | | | | | | | |
| **LVNV FUNDING LLC** RESURGENT CAPITAL SVCS POB 10587 GREENVILLE SC 29603-0587 | | | | | | | |
| ACCOUNT NO. **6034623118707229** | | **C** | | | | | **3,465.00** |
| **GEMB FINANCING** POB 981439 EL PASO TX 79998 | | | CHARGE CARD | | | | |
| **PENTAGROUP FINANCIAL** 3065 UNION RD ORCHARD PARK NY 14127 | | | | | | | |

25   Continuation sheets attached

Sheet no. 11 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **4,058.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GRANCO ENTERPRISES**<br>**GREENWOOD & MCKENZIE**<br>**440 W FIRST ST #201**<br>**TUSTIN CA 02780**<br><br>**LEE & ASSOCIATES**<br>**3200 E CAMELBACK RD #100**<br>**PHOENIX AZ 85018** | | W | **POSSIBLE CLAIM ON BUSINESS LEASE** | | | | 0.00 |
| ACCOUNT NO.   **15125847**<br><br>**GREAT PLAIN LENDING**<br>**2274 S 1300 E STE G-15 #374**<br>**SLC UT 84106** | | C | **BUSINESS LOAN** | | | | 766.00 |
| ACCOUNT NO.<br><br>**GREENWOOD & MCKENZIE**<br>**440 2 FIRST ST #201**<br>**TUSTIN CA 92780** | | W | **POSSIBLE BALANCE DUE ON REJECTED OFFICE LEASE** | X | X | X | 0.00 |

<u>25</u>   Continuation sheets attached

Sheet no. <u>12</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $ **766.00**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.  **2:12-bk-9069 PHX-GBN**
<u>                              Debtors                              </u>                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **20071112155930** | | C | | X | | X | **N/A** |
| **HARLEY DAVIDSON POB 21829 CARSON CITY NV 89721** **HARLEY DAVIDSON POB 829009 DALLAS TX 75382-9009** **POLI & BALL PLC 2999 N 44 ST #500 PHOENIX AZ 85018** **HARLEY DAVIDSON FINANCIAL SVCS POB 1908 CARSON CITY NV 89721-1908** | | | **DEFICIENCY BALANCE FOR REPOSSESSED 2008 ULTRA CLASSIC ELECTRA MOTORCYCLE** | | | | |
| NOTE:  **DEBTORS DISPUTE THIS CLAIM AS THE VEHICLE WAS NOT SOLD IN A COMMERCIALLY REASONABLE MANNER AND AS SUCH, NO DEFICIENCY BALANCE IS OWED** | | | | | | | |
| ACCOUNT NO.   **548955511337 / 545800153737** | | W | | | X | | **N/A** |
| **HOUSEHOLD CREDIT SVCS POB 98706 LAS VEGAS NV 89193-8706** **HSBC BANK POB 5253 CAROL STREAM IL 60197** | | | **POSSIBLE CLAIM** | | | | |
| ACCOUNT NO.   **001537372108** | | C | | | | | **1,100.00** |
| **HSBC POB 60136 CITY OF INDUSTRY CA 91716** | | | **CHARGE CARD** | | | | |

<u>25</u>   Continuation sheets attached

Sheet no. <u>13</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  | $ | **1,100.00** |

Total  ➢  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
                                        Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5489555113376307** | | C | | | | | **313.00** |
| **HSBC / ORCHARD BANK POB 98706 LAS VEGAS NV 89193** | | | **CHARGE CARD** | | | | |
| ACCOUNT NO.   **328655510003 / 545800153737** | | C | | | | | **2,435.00** |
| **HSBC RETAIL SVCS POB 978 WOOD DALE IL 60191** | | | **LINE OF CREDIT** | | | | |
| **SENTRY CREDIT INC 2809 GRAND AVE EVERETT WA 98201** | | | | | | | |
| **HSBC RETAIL SVCS POB 5251 CAROL STREAM IL 60197** | | | | | | | |
| **MOR / HSBC RETAIL POB 1099 LANGHOME PA 19047** | | | | | | | |
| ACCOUNT NO.   **CV2008-022037** | | C | | X | | | **N/A** |
| **JABURG & WILK PC 3200 N CENTRAL AVE #200 PHOENIX AZ 85012** | | | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY WACHOVIA DEALER SVCS** | | | | |

_25_   Continuation sheets attached

Sheet no. _14_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **2,748.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**         Case No.  **2:12-bk-9069 PHX-GBN**
                                                                                                  (If known)
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5140218004181821** | | C | | | | | **1,801.00** |
| **JUNIPER BANK**<br>**POB 13337**<br>**PHILADELPHIA PA 19101-3337**<br><br>**BARCLAYS BANK DE**<br>**POB 8803**<br>**WILMINGTON DE 19899**<br><br>**JUNIPER BANK**<br>**100 S WEST ST**<br>**WILMINGTON DE 19801**<br><br>**COLLECTCORP**<br>**POB 101928 DEPT. 4947A**<br>**BIRMINGHAM AL 35210-1928**<br><br>**COLLECTCORP CORP**<br>**455 N 3 ST #260**<br>**PHOENOX AZ 85004-3924** | | | **CHARGE CARD (POSSIBLE ACCT #0218004171827)** | | | | |
| ACCOUNT NO. | | C | | X | | | **N/A** |
| **KACHINA CADILLAC/HUMMER**<br>**1200 N SCOTTSDALE RD**<br>**SCOTTSDALE AZ 85257** | | | **POSSIBLE CLAIM AS FORMER HOLDER OF PMSI ON REPOSSESSED 2003 HUMMER H2 AND REPOSSESSED 2008 FORD E-350 VAN** | | | | |
| ACCOUNT NO.  **323** | | C | | | | | **730.00** |
| **KMC SERVICES**<br>**POB 35**<br>**TOLLESON AZ 85382** | | | **LANDSCAPING SERVICES** | | | | |

_25_  Continuation sheets attached

Sheet no. _15_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **2,531.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**

Debtors                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CC2008-271953RC** | | C | | X | | | N/A |
| **LIPPMAN LAW GROUP PC 5450 E 5 ST TUCSON AZ 85711**<br><br>**LIPPMAN GRIFFETH & ASSOC PC 177 N CHURCH AVE #1010 TUCSON AZ 85701** | | | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY CAPITAL ONE BANK USA NA** | | | | |
| ACCOUNT NO.   **348551555** | | C | | | | | 1,306.00 |
| **LVNV FUNDING LLC RESURGENT CAPITAL SVCS POB 10587 GREENVILLE SC 29603-0587**<br><br>**NELSON, WATSON & ASSOC LLC POB 1299 HAVEHILL MA 01831-1799**<br><br>**RESURGENT CAPITAL SVCS C/O RPM 20816 44 AVE W LYNNWOOD WA 98036**<br><br>**RPM 20816 44 AVE W LYNNWOOD WA 98036**<br><br>**LEADING EDGE RECOVERY SOLUTIONS 5440 N CUMBERLAND AVE #300 CHICAGO IL 60656-1490**<br><br>**LEADING EDGE RECOVERY SOLUTIONS POB 129 LINDEN MI 48451-0129** | | | **ASSIGNEE OF CREDIT ONE BANK CHARGE CARD #4447961125292710** | | | | |

<u>25</u>   Continuation sheets attached

Sheet no. <u>16</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                           **1,306.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD     YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
                                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **CV2009-012769** | | H | | | | | 2,371.00 |
| **MARK A KIRKORSKY PC**<br>**4025 S MCCLINTOCK DR #208**<br>**TEMPE AZ 85282** | | | **LEGAL FEES FOR SUIT BROUGHT BY ARIZONA FEDERAL CREDIT UNION** | | | | |
| ACCOUNT NO. | | C | | X | | X | 3,304.00 |
| **MIDLAND CREDIT MGMT INC**<br>**8875 AERO DR #200**<br>**SAN DIEGO CA 92123** | | | **UNKNOWN DEBTS**<br>**$846 AND $2,458** | | | | |
| ACCOUNT NO.  **5489555113376307** | | C | | | | | 603.00 |
| **ORCHARD BANK**<br>**POB 60102**<br>**CITY OF INDUSTRY CA 91716-0102**<br><br>**PRA RECEIVABLES MGMT LLC**<br>**POB 12907**<br>**NORFOLK VA 23541**<br><br>**PAYMENT CENTER**<br>**POB 60136**<br>**CITY OF INDUSTRY CA 91716-0136**<br><br>**HSBC CARD SVCS**<br>**POB 60102**<br>**CITY OF INDUSTRY CA 91716-0102**<br><br>**HSBC CARD SVCS**<br>**POB 80084**<br>**SALINAS CA 93912-0064** | | | **CHARGE CARD** | | | | |

<u>25</u>   Continuation sheets attached

Sheet no. <u>17</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **6,278.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
                                    Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **13491939** | | C | | | | | **538.00** |
| **PLAIN GREEN LOANS** **93 MACK RD #600** **POB 255** **BOX ELDER MT 59521** | | | **SIGNATURE BUSINESS LOAN** | | | | |
| ACCOUNT NO.   **734824171 / 114237426** | | C | | | | | **108.00** |
| **PROGRESSIVE INSURANCE** **507 PRUDENTIAL RD** **HORSHAM PA 19044** **NCO FINANCIAL SYSTEMS** **507 PRUDENTIAL RD** **HORSHAM PA 19044** **PROGRESSIVE INSURANCE** **3100 W RAY RD #305** **CHANDLER AZ 85226** **WILLIAM S GRAVES** **4417 N 40 ST #300** **PHOENIX AZ 85018** | | | **INSURANCE** | | | | |
| ACCOUNT NO. | | C | | X | | | **N/A** |
| **SANDERSON FORD** **6400 N 51 AVE** **GLENDALE AZ 85301** | | | **POSSIBLE CLAIM AS FORMER HOLDER OF PMSI ON 2008 FORD E-350 REPOSSESSED 5/15/2008** | | | | |

25   Continuation sheets attached

Sheet no.  18  of  25  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     **646.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**      Case No.   **2:12-bk-9069 PHX-GBN**
                                   Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3000011664243** | | C | | X | | X | N/A |
| **SANTANDER CONSUMER USA**<br>**POB 961245**<br>**FT WORTH TX 76161** | | | **DEFICIENCY BALANCE FOR 2008 FORD E-350 VAN REPOSSESSED 5/15/2008 (POSSIBLE ACCT #68297140314)** | | | | |
| **SOVEREIGN BANK**<br>**450 PERRY ST**<br>**READING PA 19602** | | | | | | | |
| **NELSON WATSON & ASSOCIATES LLC**<br>**80 MERRIMACK ST**<br>**HAVERHILL MA 01830** | | | | | | | |
| **SOVEREIGN BANK**<br>**POB 4020**<br>**ROCKY HILL CT 06067-4020** | | | | | | | |
| **AUTO FINANCE DIVISION**<br>**POB 4020**<br>**ROCKY HILL CT 06067-4020** | | | | | | | |
| **COMMERCIAL RECOVERY SYSTEMS INC**<br>**8035 E RL THORNTON #220**<br>**POB 570909**<br>**DALLAS TX 75357-0909** | | | | | | | |
| NOTE:   **DEBTORS DISPUTE THIS CLAIM AS THE VEHICLE WAS NOT SOLD IN A COMMERCIALLY REASONABLE MANNER AND AS SUCH, NO DEFICIENCY BALANCE IS OWED.** | | | | | | | |
| ACCOUNT NO.   **CC2008083349RC** | | C | | | X | | N/A |
| **SEIDBERG LAW OFFICES PC**<br>**POB 7290**<br>**PHOENIX AZ 85011** | | | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY CITIFINANCIAL INC** | | | | |

      <u>25</u>   Continuation sheets attached

Sheet no. <u>19</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                 Subtotal  ≻   $                 **0.00**

                                                                  Total  ≻   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**   Case No.   **2:12-bk-9069 PHX-GBN**
_____   _____
                                    **Debtors**                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **414487989** | | **C** | | | | | **3,768.00** |
| **SENTRY CREDIT / HSBC** **POB 12070** **EVERETT WA 98206** | | | **LINE OF CREDIT** | | | | |
| ACCOUNT NO.   **00000078** | | **C** | | | | | **590.00** |
| **SIMPLY MANAGED SOLUTIONS** **POB 37287** **TUCSON AZ 85726** | | | **PHONE SERVICES** | | | | |
| ACCOUNT NO.   **9E33537444** | | **C** | | | | | **99.00** |
| **SONORA QUEST LABS** **POB 16190** **PHOENIX AZ 85011** | | | **MEDICAL SERVICES** | | | | |
| ACCOUNT NO.   **19496074** | | **C** | | **X** | | **X** | **UNKNOWN** |
| **SST LOUD / PB LINK** **800 BROODKSEDGE BLVD** **WESTERVILLE OH 43081** **BUCHALTER NEMER** **16435 N SCOTTSDALE RD** **SCOTTSDALE AZ 85254** | | | **DEFICIENCY BALANCE FOR REPOSSESSED MOTORCYCLE** | | | | |
| NOTE:  **DEBTORS DISPUTE THIS CLAIM AS THE VEHICLE WAS NOT SOLD IN A COMMERCIALLY REASONABLE MANNER AND AS SUCH, NO DEFICIENCY BALANCE IS OWED** | | | | | | | |

_25_  Continuation sheets attached

Sheet no. _20_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **4,457.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**        Case No. __2:12-bk-9069 PHX-GBN__
_____Debtors_____                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CV2008-05394** <br><br>**SYSTEMS & SVCS TECHNOLOGIES INC**<br>**C/O CHRISTIANA BK & TRUST CO**<br>**6300 S SYRACUSE #550**<br>**CENTENNIAL CO 80111**<br><br>**BUCHALTER NEMER**<br>**16435 N SCOTTSDALE RD #440**<br>**SCOTTSDALE AZ 85254-1754**<br><br>**CHRISTIANA BK & TRUST CO**<br>**6300 S SYRACUSE #550**<br>**CENTENNIAL CO 80111** | | H | **DEFICIENCY BALANCE FOR REPOSSESSED BLACK 2000 HARLEY DAVIDSON FLHX MOTORCYCLE** | | | | **N/A** |
| ACCOUNT NO. **4352373368609043** <br><br>**TARGET NATIONAL BANK**<br>**POB 673**<br>**MINNEAPOLIS MN 55440**<br><br>**TARGET**<br>**POB 59317**<br>**MINNEAPOLIS MN 55459-0317** | | H | **CHARGE CARD** | | | | **1,108.00** |
| ACCOUNT NO. <br><br>**THE BUREAUS INC**<br>**1717 CENTRAL ST**<br>**EVANSTON IL 60201** | | C | **COLLECTION AGENCY FOR UNKNOWN DEBT** | X | | X | **UNKNOWN** |

<u>25</u>  Continuation sheets attached

Sheet no. <u>21</u> of <u>25</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $  **1,108.00**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**          Case No. __2:12-bk-9069 PHX-GBN__
                                      Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6233320991**<br><br>**T-MOBILE**<br>**POB 51843**<br>**LOS ANGELES CA 90051**<br><br>**AMERICAN INFOSOURCE LP**<br>**T-MOBILE USA INC**<br>**POB 248848**<br>**OKLAHOMA CITY OK 73124-8848** | | C | **CELL PHONE SERVICE** | | | | **170.00** |
| ACCOUNT NO. **CC2008-244221KC**<br><br>**TRAVIS LAW FIRM PLC**<br>**10201 S 51 ST #A-270**<br>**PHOENIX AZ 85044** | | H | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY GARDEN LAKES MANOR ASSOCIATION** | | X | | **N/A** |
| ACCOUNT NO. **515889913**<br><br>**US BANK HOME MTG**<br>**4801 FREDERICA ST**<br>**OWENSBORO KY 42301** | | W | **POSSIBLE CLAIM** | | X | | **N/A** |
| ACCOUNT NO.<br><br>**USA MOTORSPORTS**<br>**310 N DYSART RD**<br>**AVONDALE AZ 85323** | | C | **POSSIBLE CLAIM AS FORMER HOLDER OF PMSI ON 2008 SUZUKI MOTORCYCLE** | | X | | **N/A** |

__25__  Continuation sheets attached

Sheet no. __22__ of __25__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **170.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
_____
                                        Debtors                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CV2008-022037** | | C | | X | | X | 26,259.00 |
| **WACHOVIA DEALER SVCS FKA WFS FINANCIAL INC POB 168048 IRVING TX 75016** | | | **JUDGMENT (FOR DEFICIENCY BALANCE FOR 2003 HUMMER H2 REPOSSESSED 12/12/2008)** | | | | |
| **WACHOVIA DEALER SVCS POB 19657 IRVINE CA 92623** | | | | | | | |
| **JABURG & WILK PC 3200 N CENTRAL AVE #200 PHOENIX AZ 85012** | | | | | | | |
| **WACHOVIA DEALER SVCS POB 6700 RANCHO CUCAMONGA CA 91729** | | | | | | | |
| **SENTRY CREDIT INC 2809 GRAND AVE EVERETT WA 98201** | | | | | | | |
| **SENTRY CREDIT INC POB 12070 EVERETT WA 98206-2070** | | | | | | | |
| **WELLS FARGO DEALER SVCS DEPT 988 POB 4115 CONCORD CA 94524** | | | | | | | |
| NOTE:   **DEBTORS DISPUTE THIS CLAIM AS THE VEHICLE WAS NOT SOLD IN A COMMERCIALLY REASONABLE MANNER AND AS SUCH, NO DEFICIENCY BALANCE IS OWED** | | | | | | | |

__25__  Continuation sheets attached

Sheet no. __23__ of __25__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **26,259.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**      Case No.  **2:12-bk-9069 PHX-GBN**
Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6032203491584578** | | **W** | **CHARGE CARD** | | | | **832.00** |
| **WAL-MART / GE CAPITAL**<br>**702 SW 8 ST**<br>**BENTONVILLE AR 72716**<br><br>**LEADING EDGE RECOVERY**<br>**5440 N CUMBERLAND #300**<br>**CHICAGO IL 60656** | | | | | | | |
| ACCOUNT NO.  **6032203491177720** | | **H** | **CHARGE CARD** | | | | **741.00** |
| **WAL-MART / GE CAPITAL**<br>**POB 981400**<br>**EL PASO TX 79998**<br><br>**CAC FINANCIAL CORP**<br>**2601 NW EXPRESSWAY #1000 EAST**<br>**OK CITY OK 73112**<br><br>**ACADEMY COLLECTIONS**<br>**10965 DECATUR RD**<br>**PHILADELPHIA PA 19154** | | | | | | | |
| ACCOUNT NO.  **3147** | | **C** | **CHARGE CARD** | | | | **4,408.00** |
| **WASHINGTON MUTUAL**<br>**C/O PAUL GUGLIELMO**<br>**POB 41688**<br>**TUCSON AZ 85717**<br><br>**PAUL GUGLIELMO**<br>**POB 41688**<br>**TUCSON AZ 85717** | | | | | | | |

<u>25</u>  Continuation sheets attached

Sheet no. <u>24</u> of <u>25</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **5,981.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KEITH LANAIRE MCDONALD   YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8767** | | C | **CHARGE CARD** | | | | **5,635.00** |
| **WASHINGTON MUTUAL BANK**<br>**800 SW 39 ST**<br>**POB 9004**<br>**RENTON WA 98057** | | | | | | | |
| ACCOUNT NO.   **CV2008-024867** | | C | **POSSIBLE CLAIM FOR LEGAL FEES FOR SUIT BROUGHT BY GE MONEY BANK** | | X | | **N/A** |
| **WATERFALL, ECONOMIDIS ET AL**<br>**5210 E WILLIAMS CIR 8TH FLR**<br>**TUCSON AZ 85711** | | | | | | | |
| ACCOUNT NO.   **2731** | | C | **OVERDRAFT** | | | | **775.00** |
| **WELLS FARGO BANK**<br>**OVERDRAFT RECOVERY PPD AO143-042**<br>**POB 63491**<br>**SAN FRANCISCO CA 94163**<br><br>**ERS**<br>**8014 BAYBERRY RD**<br>**JACKSONVILLE FL 32256** | | | | | | | |
| ACCOUNT NO.   **57881141** | | C | **POSSIBLE CLAIM** | X | X | X | **0.00** |
| **WELLS FARGO DEALER**<br>**POB 1697**<br>**WINTERVILLE NC 28590** | | | | | | | |
| ACCOUNT NO. | | C | **POSSIBLE CLAIM AS FORMER HOLDER OF PMSI ON 2004 MERCEDES** | | X | | **N/A** |
| **WORLD MOTORS**<br>**507 N SCOTTSDALE RD**<br>**SCOTTSDALE AZ 85259** | | | | | | | |

                    25   Continuation sheets attached

Sheet no.  25  of  25  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  ➢  $        **6,410.00**

                                                        Total  ➢  $      **200,759.00**
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable on the Statistical**
                        **Summary of Certain Liabilities and Related Data.)**

In re: __KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD,__    Case No. __2:12-bk-9069 PHX-GBN__
                              Debtors                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **FIRST DATA**<br>**POB 173845**<br>**DENVER CO 80217** | **LEASE OF BUSINESS EQUIPMENT TO RUN FROM 3/10/2008 FOR 48 MONTHS AT 434/MONTH. EQUIPMENT HAS BEEN SURRENDERED.** |
| **GRANCO ENTERPRISES**<br>**GREENWOOD & MCKENZIE**<br>**440 W FIRST ST #201**<br>**TUSTIN CA 92780** | **BUSINESS LEASE SIGNED 8/17/2009, TO RUN FROM 9/1/2009 TO 9/30/2012 AT $2,167/MONTH.** |

In re:  **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD** .          Case No.   <u>2:12-bk-9069 PHX-GBN</u>
Debtors
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re  **KEITH LANAIRE MCDONALD YVETTE DENISE MCDONALD**    Case No.    **2:12-bk-9069 PHX-GBN**

Debtors                                                                (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **DAUGHTER** | AGE(S): **10** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **SALES AGENT** |
| Name of Employer | | **PROGRESSIVE INSURANCE** |
| How long employed | | **3.5 YEARS** |
| Address of Employer | | **4550 S 44 PL. BLDG 17 PHOENIX AZ 85040** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 1,688.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,688.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 113.00 |
| b. Insurance | $ | 0.00 | $ | 386.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)   **401K LOAN REPAYMENT (#1)** | $ | 0.00 | $ | 23.00 |
| **401K LOAN REPAYMENT (#2)** | $ | 0.00 | $ | 49.00 |
| **CONTRIBUTION TO PENSION PLAN** | $ | 0.00 | $ | 100.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 671.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,017.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 4,506.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) **WALKER FAMILY MINERAL RIGHTS** | $ | 0.00 | $ | 21.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 4,527.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 5,544.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 5,544.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

In re   **KEITH LANAIRE MCDONALD YVETTE DENISE MCDONALD**                    Case No.        **2:12-bk-9069 PHX-GBN**

_____

                                        **Debtors**                                                                   (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE
_____

## Addendum
### Additional Information

**401K LOAN #1 AND 401K LOAN #2 WILL BE PAID OFF BY 09/2014 AND 08/2013 RESPECTIVELY**

In re <u>KEITH LANAIRE MCDONALD  Yvette DENISE MCDONALD</u>,        Case No.  <u>2:12-bk-9069 PHX-GBN</u>
                                            Debtors                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,460.00 |
| a. Are real estate taxes included?  Yes _____  No ✓ | | |
| b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 280.00 |
| b. Water and sewer | $ | 150.00 |
| c. Telephone | $ | 50.00 |
| d. Other **CELL PHONES** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 760.00 |
| 5. Clothing | $ | 195.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 480.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 78.00 |
| e. Other **CELL PHONE INSURANCE** | $ | 50.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **ASSOCIATION FEE** | $ | 50.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 643.00 |
| 17. Other **MISC & CONTINGENCY EXPENSES** | $ | 63.00 |
| **SCHOOL LUNCHES** | $ | 20.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,594.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**MORTGAGE PAYMENT MAY BE MODIFIED TO THE ABOVE STATED AMOUNT.  THE SECOND ORTGAGE SHALL BE STRIPPED.**

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 5,544.00 |
| b. Average monthly expenses from Line 18 above | $ | 4,594.00 |
| c. Monthly net income (a. minus b.) | $ | 950.00 |

## Addendum
Additional Information

**NONE**

## UNITED STATES BANKRUPTCY COURT
### District of Arizona

In re:   **KEITH LANAIRE MCDONALD**          **YVETTE DENISE MCDONALD**          Case No.   **2:12-bk-9069 PHX-GBN**

Chapter   **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                                    $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                       $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **0.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **0.00** |
| 11. Utilities | | **0.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
      **None**                                                          _____

21. Other (Specify):

      **None**                                                          _____

22. Total Monthly Expenses (Add items 3 - 21)                                     $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)                     $ _____ **0.00**

**SPOUSE**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                   $     **109,683.97**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:       $     **4,506.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **0.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **94.00** |
| 11. Utilities | | **0.00** |
| 12. Office Expenses and Supplies | | **3.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **200.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):
    **None**

21. Other (Specify):

    **LICENSE/BROKERAGE FEE**       **44.00**

    **15% SELF-EMPLOYMENT TAX**       **166.00**

    **ADVERTISING**       **42.00**

    **INTERNET**       **94.00**

22. Total Monthly Expenses (Add items 3 - 21)     $     **643.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $     **3,863.00**

In re  KEITH LANAIRE MCDONALD     YVETTE DENISE MCDONALD          Case No.  2:12-bk-9069 PHX-GBN
                                                                            (If known)
                                            Debtors

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____49_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  4/26/2012                                    Signature:  s/ KEITH LANAIRE MCDONALD
                                                                KEITH LANAIRE MCDONALD
                                                                         Debtor

Date:  4/26/2012                                    Signature:  s/ YVETTE DENISE MCDONALD
                                                                YVETTE DENISE MCDONALD
                                                                 (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign]

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re: **KEITH LANAIRE MCDONALD    YVETTE DENISE MCDONALD**,

Debtors

Case No. **2:12-bk-9069 PHX-GBN**

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 13,896.00 | **2010 HUSBAND & WIFE WAGES** | **2010** |
| 22,711.00 | **2010 WIFE BUSINESS INCOME** | **2010** |
| 12,732.00 | **2011 WIFE WAGES** | **2011** |
| 46,044.00 | **2011 WIFE BUSINESS INCOME** | **2011** |
| 7,759.00 | **2012 WIFE WAGES YTD** | **2012** |
| 4,374.00 | **2012 WIFE BUSINESS INCOME YTD** | **2012** |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 371.00 | **2010 WIFE OIL/MINERAL ROYALTIES FROM WALKER TRUST** | **2010** |
| 250.00 | **2011 WIFE OIL/MINERAL ROYALTIES FROM WALKER TRUST** | **2011** |
| 125.00 | **2012 WIFE OIL/MINERAL ROYALTIES FROM WALKER TRUST** | **2012** |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **HARLEY DAVIDSON POB 21829 CARSON CITY NV 89721** | | **2008 FLHTCU HARLEY DAVIDSON MOTORCYCLE REPOSSESSED 1/2012** |

## 6. Assignments and receiverships

None ☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARRY P. KARANDREAS, P.L.L.C.** **11024 N. 28 DR. #200** **PHOENIX AZ 85029-4336** | **2012** | **$1,000** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WELLS FARGO BANK POB 2908 PHOENIX AZ 85062** | **SAVINGS** 7523 | -10.00 2012 |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☐    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MONOPOLY REALTY** | **L15000740** | **2990 N LITCHFIELD RD #103 GOODYEAR AZ 85395** | **REAL ESTATE, ON-GOING** | **11/01/2008** |

None ☑    b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| | |

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **YVETTE McDONALD** | **11016 W AMELIA AVE AVONDALE AZ 95302** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**BANK OF AMERICA
GIVEN FINANCIAL STATEMENTS
FOR MTG MODIFICATION
PURPOSES 12/2008-5/2010**

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 4/26/2012

Signature of Debtor    s/ KEITH LANAIRE MCDONALD

KEITH LANAIRE MCDONALD

Date 4/26/2012

Signature of Joint Debtor (if any)    s/ YVETTE DENISE MCDONALD

YVETTE DENISE MCDONALD

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re   **KEITH LANAIRE MCDONALD**       Case No.   **2:12-bk-9069 PHX-GBN**
     **YVETTE DENISE MCDONALD**
     Debtors.                      Chapter     **13**

**STATEMENT OF MONTHLY GROSS INCOME**

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $0.00 | $1,196.63 |
| Five months ago | $0.00 | $1,346.81 |
| Four months ago | $0.00 | $2,833.34 |
| Three months ago | $0.00 | $1,631.77 |
| Two months ago | $0.00 | $1,241.59 |
| Last month | $0.00 | $1,344.86 |
| Income from other sources | $0.00 | $10,510.00 |
| Total gross income for six months preceding filing | $ 0.00 | $ 20,105.00 |
| **Average Monthly Gross Income** | $ 0.00 | $ 3,350.83 |

      Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:   **4/26/2012**

                                  **s/ KEITH LANAIRE MCDONALD**
                                  **KEITH LANAIRE MCDONALD**

                                      Debtor

                                  **s/ YVETTE DENISE MCDONALD**
                                  **YVETTE DENISE MCDONALD**

                                     Joint Debtor

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Arizona

In re:   **KEITH LANAIRE MCDONALD        YVETTE DENISE MCDONALD**        Case No.   **2:12-bk-9069 PHX-GB**

Debtors        Chapter   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 4,000.00 |

2. The source of compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]

   **The fees disclosed herein are based on an hourly rate of $275.00 per hour for legal analysis by and attorney and $125.00 per hour for paralegal type-work multiplied by the anticipated time it will require to achieve confirmation of the initial plan filed herein and shall be reduced, or increased, by Stipulated Order Confirming and/or the filing, if required, of a formal Application for Payment of Administrative Expenses. Services rendered pursuant to this fee shall include financial counseling and planning, preparation of all schedules and statements, preparation of the Chapter 13 plan and all other pleadings adjunct to the filing of a plan, attendance at the 341a Meeting of Creditors, negotiations with creditors and the Chapter 13 Trustee, responses to Plan Objections, and all actions necessary for confirmation of the initial plan filed herein.**

   **Applicant maintains contemporaneous notations and time billings for all cases in which work is done on behalf of a client. This same procedure is followed by personnel working with the applicant. These contemporaneous records are subsequently reviewed, edited and compiled in a listing. Those records are available on request of any interested party.**

   **IN ADDITION TO THE FEES SET FORTH HEREIN, UNANTICIPATED PROCEEDINGS AND SERVICES THEREFROM, INCLUDING SERVICES RENDERED SUBSEQUENT TO CONFIRMATION OF THE PLAN FILED, SHALL BE PAID PURSUANT TO A FEE AGREEMENT BETWEEN THE DEBTOR(S) AND COUNSEL UNDERSIGNED.**

6.   By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: <u>4/26/2012</u>

_____

**Larry P. Karandreas, Esq., Bar No.  BAR NO. 012213**

**Law Offices of Larry P. Karandreas, PLLC**
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.
**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

**In re** KEITH LANAIRE MCDONALD       Case No. __2:12-bk-9069 PHX-GBN__

      YVETTE DENISE MCDONALD

              **Debtor**            Chapter ___13___

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__KEITH LANAIRE MCDONALD__      X __s/ KEITH LANAIRE MCDONALD__    __4/26/2012__

__YVETTE DENISE MCDONALD__          KEITH LANAIRE MCDONALD

                                Signature of Debtor             Date

Printed Name(s) of Debtor(s)        X __s/ YVETTE DENISE MCDONALD__    __4/26/2012__

Case No. (if known) __2:12-bk-9069 PHX-GBN__     YVETTE DENISE MCDONALD

                                  Signature of Joint Debtor        Date

---

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


BUCHALTER NEMER
16435 N SCOTTSDALE RD #440
SCOTTSDALE AZ 85254-1754

JUNIPER BANK
100 S WEST ST
WILMINGTON DE 19801

ACADEMY COLLECTIONS
10965 DECATUR RD
PHILADELPHIA PA 19154

ADT
14200 E EXPOSITION AVE
AURORA CO 80012

ALLIANCE ONE
POB 510987
LIVONIA MI 48151-6987

ALLIANCE ONE RECEIVABLES MGMT
POB 3111
SOUTHEASTERN PA 19398-3111

ALLIED
7120 HAYVENHURST AVE #111
VAN NUYS CA 91406

ALLIED INTERSTATE INC
3000 CORPORATE EXCHANGE DR 5TH FLR
COLUMBUS OH 43231

AMERICAN INFOSOURCE LP
T-MOBILE USA INC
POB 248848
OKLAHOMA CITY OK 73124-8848

ARIZONA DEPT OF REVENUE
ATTN: BANKRUPTCY /LITIGATION SVC
1600 W MONROE #720
PHOENIX, AZ 85007

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


ARIZONA FCU
POB 60070
PHOENIX AZ 85082

ARROWHEAD HARLEY DAVIDSON
16130 N ARROWHEAD FNTN CTR DR
PEORIA AZ 85382

ASPIRE VISA/MC
POB 105555
ATLANTA GA 30348-5555

ASPIRE VISA/MC
246 PERIMETER CTR PKWY
ATLANTA GA 30346

AUTO FINANCE DIVISION
POB 4020
ROCKY HILL CT 06067-4020

AZ FEDERAL CU
POB 60070
PHOENIX AZ 85082

BAC HOME LOANS / COUNTRYWIDE
450 AMERICAN ST
SIMI VALLEY CA 93065-6285

BACK TO LIFE
7120 HAYVENHURST AVE #111
VAN NUYS CA 91406

BANK OF AMERICA
450 AMERICAN ST
SIMI VALLEY CA 93065

BANK OF AMERICA
POB 5170
SIMI VALLEY CA 93062-5170

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


BANK OF AMERICA / BAC LOANS
POB 5170
SIMI VALLEY CA 93062

BANK OF AMERICA NA
POB 515503
LOS ANGELES CA 90051-6803

BANK OF NY MELLON
C/O BAC HOME LOAN SVCG
7105 CORPORATE DR
MAIL STOP PTX 209
PLANO TX 75024

BANNER ESTRELLA MEDICAL CTR
9201 W THOMAS RD
PHOENIX AZ 85037

BANNER HEALTH
POB 18
PHOENIX AZ 85001

BARCLAYS BANK DE
POB 8803
WILMINGTON DE 19899

BARCLAYS BANK DE
POB 8803
WILMINGTON DE 19899-8803

BUCHALTER NEMER
16435 N SCOTTSDALE RD #440
SCOTTSDALE AZ 85254-1754

SYSTEMS & SVCS TECHNOLOGIES INC
C/O CHRISTIANA BK & TRUST CO
6300 S SYRACUSE #550
CENTENNIAL CO 80111

BUCHALTER NEMER
16435 N SCOTTSDALE RD
SCOTTSDALE AZ 85254

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


CAC FINANCIAL CORP
2601 NW EXPRESSWAY #1000 EAST
OK CITY OK 73112

CACH LLC / METRIS
C/O LAURENCE A HECKER ATTY
2C S GOLD DR
HAMILTON NJ 08691

CAPITAL MGMT SVCS LP
726 EXCHANGE ST #700
BUFFALO NY 14210

CAPITAL ONE AUTO
3905 N DALLAS PKWY
MONTEREY PARK CA 91754

CAPITAL ONE AUTO
POB 93016
LONG BEACH CA 90809

CAPITAL ONE AUTO
5450 E 5 ST
TUCSON AZ 85711

CAPITAL ONE AUTO FINANCE
POB 261930
PLANO TX 75026-1930

CAPITAL ONE AUTO FINANCE
3905 DALLAS PKWY
PLANO TX 75093-7892

CAPITAL ONE AUTO FINANCE
C/O ASCENSION CAPITAL
POB 201347
ARLINGTON TX 76006

CAPITAL ONE BANK USA NA
AMERICAN INFOSOURCE LP
POB 71083
CHARLOTTE NC 28272-1083

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


CAPITAL ONE MASTERCARD
POB 30281
SLC UT 84130

CAPITAL ONE MC
5450 E 5 ST
TUCSON AZ 85711

CARNAHAN & PERRY PLC
333 E OSBORN RD #315
PHOENIX AZ 85012

CB&T
AKA COLUMBUS BANK & TRUST
1148 BROADWAY
COLUMBUS GA 31901

CHASE CARD SVCS
POB 15298
WILMINGTON DE 19850

CHRISTIANA BK & TRUST CO
6300 S SYRACUSE #550
CENTENNIAL CO 80111

CITIFINANCIAL
300 ST PAUL PL
BALTIMORE MD 21202

CITIFINANCIAL INC
1573 N DYSART RD #B
AVONDALE AZ 85323

CITIFINANCIAL INC
800 SW 39 ST
POB 9004
RENTON WAS 98057

COLLECTCORP
POB 101928 DEPT. 4947A
BIRMINGHAM AL 35210-1928

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


COLLECTCORP CORP
455 N 3 ST #260
PHOENOX AZ 85004-3924

COMMERCIAL RECOVERY SYSTEMS INC
8035 E RL THORNTON #220
POB 570909
DALLAS TX 75357-0909

COPPER STATE COMMUNICATIONS
2820 N 36 AVE
PHOENIX AZ 85009

CR TITLE SVCS INC
POB 1500
RNACHO CUCAMONGA CA 91729-1500

DESERT SCHOOLS FCU
POB 2945
PHOENIX AZ 85062-2945

DESERT VALLEY PEDIATRICS
4137 N 108 AVE
PHOENIX AZ 85037

DEUTSCHE BANK NATL TRUST CO
C/O CITI RESIDENTIAL LENDING INC
POB 11000
SANTA ANA CA 92711

DIRECT MERCHANTS BANK / HSBC
POB 5251
CAROL STREAM IL 60197

ERS
8014 BAYBERRY RD
JACKSONVILLE FL 32256

FIRST DATA / MERCHANT SVCS
4000 CORAL RIDGE DR
CORAL SPRINGS FL 33065-7614

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


FIRST DATA GLOBAL LEASING
POB 173845
DENVER CO 80217

FIRST NATL BANK OF MARIN
POB 98872
LAS VEGAS NV 89193

FUNANCING / PENTAGROUP
35 A RUST LN
BOERNE TX 78006

GARDEN LAKES COMMUNITY ASSOC
C/O VISION COMMUN ITY MGMT
9633 S 48 ST #150
PHOENIX AZ 85044

GARDEN LAKES COMMUNITY ASSOC
C/O VISION COMMUN ITY MGMT
POB 60516
PHOENIX AZ 85082-0516

TRAVIS LAW FIRM
10201 S 51 ST #A-270
PHOENIX AZ 85044

GARDEN LAKES MANOR HOA
10201 S 51 ST #A-270
PHOENIX AZ 85044

GE MONEY BANK
POB 981127
EL PASO TX 79998-1127

GE MONEY BANK
332 MINNESOTA ST #610
ST PAUL MN 55101

GE MONEY BANK
901 MAIN AVE
NORWALK CT 06851

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


GE MONEY BANK
POB 960061
ORIANDO FL 32896-0061

GE MONEY BANK / BOMBARDIER
POB 981439
EL PASO TX 79998-1439

GECRB / BOMBARDIER
C/O POB 965036
ORLANDO FL 32896

GECRB / WAL-MART
POB 981400
EL PASO TX 79998

GEMB / WAL-MART / GE CAPITAL
POB 981400
EL PASO TX 79998

GEMB FINANCING
POB 981439
EL PASO TX 79998

GRANCO ENTERPRISES
GREENWOOD & MCKENZIE
440 W FIRST ST #201
TUSTIN CA 02780

GREAT PLAIN LENDING
2274 S 1300 E STE G-15 #374
SLC UT 84106

GREENWOOD & MCKENZIE
440 2 FIRST ST #201
TUSTIN CA 92780

PAUL GUGLIELMO
POB 41688
TUCSON AZ 85717

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


HARLEY DAVIDSON
POB 21829
CARSON CITY NV 89721

HARLEY DAVIDSON
POB 829009
DALLAS TX 75382-9009

HARLEY DAVIDSON FINANCIAL SVCS
POB 1908
CARSON CITY NV 89721-1908

HOUSEHOLD CREDIT SVCS
POB 98706
LAS VEGAS NV 89193-8706

HSBC
POB 60136
CITY OF INDUSTRY CA 91716

HSBC RETAIL SVCS
POB 978
WOOD DALE IL 60191

HSBC / ORCHARD BANK
POB 98706
LAS VEGAS NV 89193

HSBC BANK
POB 5253
CAROL STREAM IL 60197

HSBC BANK
POB 5251
CAROL STREAM IL 60197-9642

HSBC CARD SVCS
POB 60102
CITY OF INDUSTRY CA 91716-0102

```
KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


HSBC CARD SVCS
POB 80084
SALINAS CA 93912-0064

HSBC RETAIL SVCS
POB 5251
CAROL STREAM IL 60197

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
POB 7346
PHILADELPHIA, PA 19114-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
POB 7346
PHILADELPHIA PA 19101-7346

JABURG & WILK PC
3200 N CENTRAL AVE #200
PHOENIX AZ 85012

JABURG & WILK PC
3200 N CENTRAL AVE #200
PHOENIX AZ 85012

JC CHRISTIANSEN INC
POB 519
SAUK RAPIDS MN 56379

CREDIT ONE BANK
POB 98873
LAS VEGAS NV 89193-8873

JUNIPER BANK
POB 13337
PHILADELPHIA PA 19101-3337

KACHINA CADILLAC/HUMMER
1200 N SCOTTSDALE RD
SCOTTSDALE AZ 85257
```

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


KMC SERVICES
POB 35
TOLLESON AZ 85382

LAURENCE A HECKER ATTY
2C SOUTH GOLD DR
HAMILTON NJ 08691

LEADING EDGE RECOVERY
5440 N CUMBERLAND #300
CHICAGO IL 60656

LEADING EDGE RECOVERY SOLUTIONS
POB 129
LINDEN MI 48451-0129

LEADING EDGE RECOVERY SOLUTIONS
5440 N CUMBERLAND AVE #300
CHICAGO IL 60656-1490

LEE & ASSOCIATES
3200 E CAMELBACK RD #100
PHOENIX AZ 85018

LIPPMAN GRIFFETH & ASSOC PC
177 N CHURCH AVE #1010
TUCSON AZ 85701

LIPPMAN GRIFFETH & ASSOC PC
177 N CHURCH AVE #1010
TUCSON AZ 85701

LIPPMAN GRIFFETH & ASSOC PC
POB 13928
TUCSON AZ 85732-3928

LIPPMAN LAW GROUP PC
5450 E 5 ST
TUCSON AZ 85711

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


LVNV FUNDING LLC
RESURGENT CAPITAL SVCS
POB 10587
GREENVILLE SC 29603-0587

MARK A KIRKORSKY PC
4025 S MCCLINTOCK DR #208
TEMPE AZ 85282

MARTINI, HUGHES & GROSSMAN
1040 S FEDERAL HWY #100
DELRAY BEACH FL 33483

MIDLAND CREDIT MGMT INC
8875 AERO DR #200
SAN DIEGO CA 92123

MOR / HSBC RETAIL
POB 1099
LANGHOME PA 19047

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL RD
HORSHAM PA 19044

NELSON WATSON & ASSOCIATES LLC
80 MERRIMACK ST
HAVERHILL MA 01830

NELSON, WATSON & ASSOC
LVNV FUNDING LLC
80 MERRIMACK ST LWR LVL
HAVERHILL MA 01830

NELSON, WATSON & ASSOC LLC
POB 1299
HAVEHILL MA 01831-1799

OCWEN FEDERAL BANK FSB
1665 PALM BEACH LAKES BLVD
W PALM BEACH FL 33401

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


ORCHARD BANK
POB 60102
CITY OF INDUSTRY CA 91716-0102

ORCHARD BANK / HSBC
POB 680084
CITY OF INDUSTRY CA 91716

PAYMENT CENTER
POB 60136
CITY OF INDUSTRY CA 91716-0136

PENTAGROUP FINANCIAL
3065 UNION RD
ORCHARD PARK NY 14127

PLAIN GREEN LOANS
93 MACK RD #600
POB 255
BOX ELDER MT 59521

POLI & BALL PLC
2999 N 44 ST #500
PHOENIX AZ 85018

PRA RECEIVABLES MGMT LLC
POB 12914
NORFOLK VA 23541

PRA RECEIVABLES MGMT LLC
POB 12907
NORFOLK VA 23541

PROGRESSIVE INSURANCE
507 PRUDENTIAL RD
HORSHAM PA 19044

PROGRESSIVE INSURANCE
3100 W RAY RD #305
CHANDLER AZ 85226

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


RSOURCE
6001 BROKEN SOUND PKWY NW #620
BOCA RATON FL 33487

RESURGENT CAPITAL SVCS
C/O RPM
20816 44 AVE W
LYNNWOOD WA 98036

RPM
20816 44 AVE W
LYNNWOOD WA 98036

SANDERSON FORD
6400 N 51 AVE
GLENDALE AZ 85301

SANTANDER CONSUMER USA
POB 961245
FT WORTH TX 76161

SEIDBERG LAW OFFICES PC
POB 7290
PHOENIX AZ 85011

SENTRY CREDIT / HSBC
POB 12070
EVERETT WA 98206

SENTRY CREDIT INC
2809 GRAND AVE
EVERETT WA 98201

SENTRY CREDIT INC
POB 12070
EVERETT WA 98206-2070

SIMPLY MANAGED SOLUTIONS
POB 37287
TUCSON AZ 85726

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


SONORA QUEST LABS
POB 16190
PHOENIX AZ 85011

SOVEREIGN BANK
450 PERRY ST
READING PA 19602

SOVEREIGN BANK
POB 4020
ROCKY HILL CT 06067-4020

SPECIALIZED LOAN SERVICING , LLC
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

SPECIALIZED LOAN SVCG LLC
8742 LUCENT BLVD #300
HIGHLAND RANCH CO 80219

SST LOUD / PB LINK
800 BROODKSEDGE BLVD
WESTERVILLE OH 43081

TARGET
POB 59317
MINNEAPOLIS MN 55459-0317

TARGET NATIONAL BANK
POB 673
MINNEAPOLIS MN 55440

THE BUREAUS INC
1717 CENTRAL ST
EVANSTON IL 60201

TIFFANY & BOSCO PA
2525 E CAMELBACK RD #300
PHOENIX AZ 85016

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


T-MOBILE
POB 51843
LOS ANGELES CA 90051

TRAVIS LAW FIRM PLC
10621 S 51 ST #103
PHOENIX AZ 85044

TRAVIS LAW FIRM PLC
10201 S 51 ST #A-270
PHOENIX AZ 85044

US BANK HOME MTG
4801 FREDERICA ST
OWENSBORO KY 42301

USA MOTORSPORTS
310 N DYSART RD
AVONDALE AZ 85323

VISION COMMUN ITY MGMT
9633 S 48 ST #150
PHOENIX AZ 85044

WACHOVIA DEALER SVCS
POB 6700
RANCHO CUCAMONGA CA 91729

WACHOVIA DEALER SVCS
FKA WFS FINANCIAL INC
POB 168048
IRVING TX 75016

WACHOVIA DEALER SVCS
POB 19657
IRVINE CA 92623

WAL-MART / GE CAPITAL
702 SW 8 ST
BENTONVILLE AR 72716

KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


WAL-MART / GE CAPITAL
POB 981400
EL PASO TX 79998

WASHINGTON MUTUAL
C/O PAUL GUGLIELMO
POB 41688
TUCSON AZ 85717

WASHINGTON MUTUAL BANK
800 SW 39 ST
POB 9004
RENTON WA 98057

WATERFALL, ECONOMIDIS ET AL
5210 E WILLIAMS CIR 8TH FLR
TUCSON AZ 85711

WATERFALL, ECONOMIDIS, CALDWELL
5210 E WILLIAMS CIR
TUCSON AZ 85711

WELLS FARGO BANK
OVERDRAFT RECOVERY PPD AO143-042
POB 63491
SAN FRANCISCO CA 94163

WELLS FARGO DEALER
POB 1697
WINTERVILLE NC 28590

WELLS FARGO DEALER SVCS
DEPT 988
POB 4115
CONCORD CA 94524

WILLIAM S GRAVES
4417 N 40 ST #300
PHOENIX AZ 85018

WORLD MOTORS
507 N SCOTTSDALE RD
SCOTTSDALE AZ 85259

```
KEITH LANAIRE MCDONALD
YVETTE DENISE MCDONALD
Case No. 2:12-bk-9069 PHX-GBN


ZWICKER & ASSOC
80 MINUTEMAN RD
ANDVER MA 01810
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

## <u>DECLARATION</u>

Debtor (s) ' Name (s)                                   Case No. **<u>2:12-bk-9069 PHX-GBN</u>**

**KEITH LANAIRE MCDONALD**

**YVETTE DENISE MCDONALD**

     We, **<u>KEITH LANAIRE MCDONALD, YVETTE DENISE MCDONALD</u>** , do hereby certify, under penalty of  perjury, that the Master Mailing List, consisting of  **<u>18</u>** sheets(s), is complete, correct and consistent  with the debtor(s)' schedules.

Date of execution: **<u>4/26/2012</u>**

                                                      **s/ KEITH LANAIRE MCDONALD**
                                                      **KEITH LANAIRE MCDONALD**

                                                      **s/ YVETTE DENISE MCDONALD**
**Larry P. Karandreas, Esq.**                          **YVETTE DENISE MCDONALD**

SCANNING

REVISED 11/19/96